# Commonwealth of Massachusetts

TRIAL COURT OF THE COMMONWEALTH
EASTERN HOUSING COURT DEPARTMENT

_Manley M. Collins_
PLAINTIFF(S),

Civil No. _23H84CV000112_

v.

**SUMMONS**

_United States Department of Housing &_
_Urban Development_
DEFENDANT(S)

THIS SUMMONS IS DIRECTED TO _M.S. Dept of HUD_ .
(Defendant's name)

1.    **This Notice is to inform you that you are being sued.** The person or business suing you is known as the Plaintiff. A copy of the Plaintiff's Complaint against you is attached and the original has been filed in the Eastern Housing Court. You must respond to this lawsuit in writing. If you do not respond, the Plaintiff may obtain a court order requiring you to pay money or provide other relief.

2. **You must respond within 20 days to protect your rights.** In order to protect your right to defend yourself in this lawsuit, you must deliver or mail a written response called an "Answer" to both the Clerks Office, Eastern Housing Court, 24 New Chardon Street 3rd Floor, Boston, MA 02114" and to the individual below:

at _Manley M. Collins, 198 Tremont St, Suite 335, Boston, MA 02116_
(name of Plaintiff or Plaintiff's attorney)                                    (address)

Your Answer must be delivered or mailed within 20 days from the date the Summons was delivered to you. If you need more time to respond, you may request an extension of time in writing from the Court.

3. **Your Answer must respond to each claim made by the Plaintiff.** Your Answer is your written response to the statements made by the Plaintiff in the Complaint. In your Answer you must state whether you agree or disagree with each paragraph of the Complaint. You may agree with some of the things the Plaintiff says and disagree with other things. You may also say that you do not know whether on (or more) of the statements made in the Plaintiff's Complaint is true. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Answer. Even if you agree that you owe what is claimed, sending an Answer will provide you with an opportunity to participate and explain your circumstances.

4. **You must list any reason why you should not have to pay the Plaintiff what the Plaintiff asks for.** If you have any reason(s) why the Plaintiff should not get what the Plaintiff asks for in the Complaint, you must write those reasons (or "defenses") in your Answer.

5. **You may lose this case if you do not send an Answer to the Court and the Plaintiff.** If

Rev. 11/4/2019

**EXHIBIT A**

you do not mail or deliver the Answer within 20 days, you may lose this case. You will have no opportunity to tell your side of the story and the Court may order that the Plaintiff receive everything requested in the Complaint. The Court may allow a motion permitting the Plaintiff take your property and/or wages. If you respond to the Complaint and appear at the hearing, you will get an impartial hearing by a judge. Even if you choose to discuss this matter with the Plaintiff (or the Plaintiff's lawyer), you should still send your Answer **within 20 days.** Even if you file an Answer, you can still reach an agreement with the Plaintiff.

6. **Legal Assistance**. You may wish to get legal help from a lawyer. **If you cannot get legal help, you must still provide a written Answer to protect your rights or you may lose the case**. You may also obtain information at www.mass.gov/courts/selfhelp.

7. You can also sue the Plaintiff. If you believe the Plaintiff owes you money or has harmed you in some way related to the lawsuit, you must describe that in your Answer. If you do not include these claims (called "Counterclaims") in your written response, **you may lose your ability to sue the Plaintiff** about anything related to this lawsuit.

8. **You or your attorney must attend all court hearings**. If you send your Answer to the Court and the Plaintiff, you will protect your rights. The Court will send you a notice telling you the date, time, and place of an impartial hearing before a judge. The judge will hear **both** sides of any arguments and schedule any additional hearings.

9. The civil number appearing on the front of this notice is the case docket number and must appear on the front of your Answer.

Witness Hon. Joseph E. Kelleher III, Acting First Justice on _____, 20_____.

(SEAL)

_____
Clerk Magistrate

Note: The number assigned to the Complaint by the Clerk Magistrate at the beginning of the

## RETURN OF SERVICE
(for use by person making service)

On _____, 20_____, I served a copy of the within summons, together with a copy of the Complaint in this case, upon the named defendant in the following manner:

☐      Last and usual at (address)

_____
(signature)

_____

☐      In hand

_____
(name and title)

☐      Other

_____
(address)

**Please place date you make service in this box and on copy served on defendant and return original to this Court:**

*If service is made at the last and usual place of abode, the officer shall forthwith mail first class a copy of the summons to such last and usual place of abode, and shall set forth in the return the date of mailing and the address to which the summons was sent. (GL. c. 223, §3 31).

Rev. 11/4/2019

COMMONWEALTH OF MASSACHUSETTS

Suffolk            ⬛ , SS:

                                          HOUSING COURT DEPARTMENT
                                          Boston      ⬛ DIVISION
                                          CIVIL ACTION
                                          NO. / / /-/ / / / / /
                                          23H84CV000112

                    _____Manley M. Collins_____
                              Plaintiff

                              VS.

              __United States Department of Housing and Urban Development__
                              Defendant


**SUMMONS AND ORDER OF NOTICE**

     To the above-named Defendant:

     You are hereby summoned and required to serve upon plaintiff's
attorney, Manley M. Collins_____, whose
address     is 198 Tremont St, Suite 335, Boston, Massachusetts 02116 USA        an
answer to the Complaint which is herewith served upon you, within
20 days after service of this summons upon you, exclusive of the
day of service.  If you fail to do so, judgment by default will be
taken against you for the relief demanded in the Complaint.  You
are also required to file your answer to the Complaint in the
office of the Clerk of this Court at 24 New Chardon St, Boston, either before
such service upon plaintiff's attorney or within a reasonable time
thereafter.

     Unless otherwise provided by Rule 13(a), your answer must
state as a counterclaim, any claim which you may have against the
plaintiff which arises out of the transaction or occurrence that is
the subject matter of the plaintiff's claim or you will thereafter
be barred from making such claim in any other action.

     WE ALSO NOTIFY YOU that application has been made in said
action, as appears in the Complaint, for a preliminary injunction
and that a hearing upon such application will be held at the court
house at said Housing Court, in the _____session, Room _____
without jury of our said court on (select day of week)___ the (select date) day
of (select month)_____ A.D., 20_____, at _____ o'clock p .M., at
which you may appear and show cause why such application should not
be ignored.

     Witness, _____Justice, at 24 New Chardon Massachusetts,
the (select day)_____ day of (select month)_____, 20 ___.


                                   _____
                                       **Clerk-Magistrate**

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

**NOTIFICACION PARA LAS PERSONAS DE HABLA HISPANA: SI USTED NO FUEDE LEER INGLES, TENGA ESTE DOCUMENTO LEGAL TRADUCICO CUANTO ANTES.**

## PROOF OF SERVICE OF PROCESS

     I hereby certify and return that on _____, 20____, I served a copy of the within summons and order of notice, together with a copy of the Complaint in this action, upon the within named defendant, in the following manner (See Mass.R. Civ. P. 4(d)(1-5):

_____

_____

_____

Dated: _____, 20___.

**N.B. TO PROCESS SERVER**
     **PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

## Housing Court of Massachusetts
## In the Suffolk County Courthouse

Manley M. Collins,
198 Tremont St
Suite 335
Boston, MA 02116 USA,
Plaintiff

v.

SplitSpot Inc.
49 Paulina Street
Apartment 1
Somerville, MA 02144 USA

226 Washington Nominee Trust
Fred Starikov Trustee
320 Washington Street
Brookline, MA 02445 USA

United States Department of Housing
And Urban Development
451 7th Street SW
Washington, DC 20410 USA

Millennial Specialty Insurance LLC
8821 Davis Blvd
Suite 500
Keller, TX 76248

Zane Steven Piersanti
228 Washington St
Brighton, MA 02135 USA

Dakota Beets
228 Washington St
Brighton, MA 02135 USA

Tommy Pace
228 Washington St
Brighton, MA 02135 USA

Gilliam Rose Crossman
228 Washington St
Brighton, MA 02135 USA,
Defendants

Docket No: 23H84CV000112

Civil Action

# COMPLAINT
## STATEMENT OF MATERIAL FACTS

1. Manley M. Collins, is the Plaintiff. Dr. Collins is member of the SplitSpot and Rentable roommate registry. Dr. Collins is also the purchaser of rental insurance from Millennium Specialty Insurance. His residence address is 198 Tremont St, Suite 335, Boston, MA 02116. His phone number (617) 955-0689. He is the owner of www.manleycollins.com and www.collinsincorporated.com. He can be found on approximately every major social media channel under his government official and family names. His SplitSpot profile states, "Very active and minimalistic lifestyle. Track and Field. Gym, lifting weights, listening to music, extrovert and very sociable, early riser and stays out most of the day. recent graduate college student. I am a male that is vegetarian, vegan, very little to no meat or taste-like-meat (plant-based) options. Sense of humor. Very simple."

2. SplitSpot Inc., is a Defendant. SplitSpot runs a rental registry of listed rooms inside houses throughout various cities, including Boston, Massachusetts. SplitSpot headquarters is located at 50 Milk Street, 16th Floor, Boston, MA 02110. SplitSpot telecommunication phone numbers are (617) 500-8661 and (617) 333-8943. SplitSpot email addresses (best and preferred communication) are support@splitspot.com, info@splitspot.com, moving@splitspot.com, and prudentialteam@splitspot.com. SplitSpot listing of rooms and web operations are located at www.splitspot.com. SplitSpot also use other third party online room or apartment listings, such as HotPads and Apartments.com.

3. 226 Washington Nominee Trust, Fred Starikov Trustee, is a Defendant. Through Massachusetts Commission Against Discrimination (MCAD), it was reveal the owner of the home at 226-228 Washington St, Brighton, MA. The home was split into two parts 226 was the main area and bottom floors while 228 was entered from the right side giving access to the top floors, patio, separate front and rear entrance, and access to an unfinished basement. The address listed for the 226 Washington Nominee Trust is 320 Washington Street, Brookline, MA 02445 USA. There is no contact number or email for contact.

4. Millennial Specialty Insurance LLC is the rental insurance company that SplitSpot made mandatory to purchase prior to moving into any property.

5. Rentable.com is SplitSpot subsidiary to manage rental deposits during the leasing process.

6. Zane Steven Piersanti is a resident at 228 Washington St, Brighton, MA 02135 and renting a room from SplitSpot under the owner 226 Washington Nominee Trust as of January and February 2023. Mr. Piersanti's telecommunication phone number is (860) 916-7989. Mr. Piersanti's email address is piersanz@bc.edu. Mr. Piersanti is a white, 22-year-old, male, 5'6"-5'7", 130-135 lbs, slender build, a smoker, working for Boston College as student advisor, and originally from Connecticut. His SplitSpot profile states, "Hello my name is Zane! I'm an incoming graduate student at Boston College studying the field of higher education. While I do like to go out and have fun on the weekends, you will often find me working on my computer at home. I like to consider myself to be easy going, and flexible with accommodating fellow roommates needs if they arise. I will always be willing to do my part to keep the apartment clean, and functional for all of us living there. I look forward to meeting you!"

7. Dakota Beets is a resident at 228 Washington St, Brighton, MA 02135 and renting a room from SplitSpot under the owner 226 Washington Nominee Trust as of January and February 2023. Mr. Beet's telecommunication phone number is (843) 505-1790. Mr. Beet's email address is dakota.beets@gmail.com. Mr. Beets is a white, 23-year-old, male, 5'9-5'11", 140-145 lbs, slender build, bifocal glasses, alcoholic drinker, originally from Mount Pleasant, South Carolina, and working for Harvard University Athletics as a videographer. His SplitSpot profile states, "Hey there! My name is Dakota, I'm a 22-year-old male about to start a job at Harvard Athletics in their media department. Some of my hobbies include being in nature, spending time with people, reading, writing, playing guitar, and watching movies/TV. I'd say my typical weekend would include going to a coffee shop, playing tennis, and watching whatever TV show I'm binging. I like to keep things pretty clean but I'm also laid back and pretty easy going."

8. Tommy Pace is a resident of 228 Washington St, Brighton, MA 02135 and renting a room from SplitSpot under the owner 226 Washington Nominee Trust as of January 2023 called Room D. Mr. Pace's telecommunication phone number is (857) 389-2689. Mr. Pace's email address is tommy.pace@bostoncityproperties.com. Mr. Pace is a white, 26-year-old, male. His SplitSpot profile states, "Hi, My name is Tommy Pace. I am a 24 year old Boston native so I am very familiar with the area and local amenities. After graduating from Bates College in Lewiston, ME in May 2019 I began working as a real estate agent in Boston's Back Bay area and have been loving it ever since! Within the next few years I plan to obtain my Master's in Finance to further my career in real estate sales."

9. Gilliam Rose Crossman was a potential resident or roommate of 228 Washington St, Brighton, MA 02135 for Room D. Ms. Crossman's telecommunication phone number is (978) 290-8078. Ms. Crossman's email address is gcrossman17@gmail.com. Ms. Crossman is a white female, age 22, and owner of pet dog. Her SplitSpot profile states, "Hi! My name is Gillian (Scarlett) Crossman. I'm a 22 year old graduate school student at Suffolk university studying mental health counseling and I work at McLean Hospital. When I'm not working or studying I'm riding my horse, reading, working out or spending time with my dog Roxie."

10. Dr. Collins originally encountered SplitSpot on August 7, 2022 for orientation on several properties Dr. Collins had interest in. It was a pretty thorough 3D Walkthrough and Information Session on three (3) out of four (4) video conferences. Dr. Collins applied for a location and did the roommate introduction and was denied.

11. Dr. Collins has very defined mental health issues of schizophrenia, bipolar disorder, obsessive compulsive disorder (OCD), anxiety, depression, and post-traumatic stress disorder (PTSD) throughout his life treated through hospitals, clinics, government departments, emergency rooms, medication, and outpatient therapy from 2007 to present.

12. Dr. Collins has also obtained a bachelor's degree from South Carolina State University, two master's degrees from DeVry University Keller Graduate School of Management, and recently obtained his Doctor of Management from University of Phoenix.

13. Dr. Collins has more than five years of living experience with roommates from on-campus life at South Carolina State University, my various family and friends' homes, my own one or two bedroom apartments, to my very own house with ALL of the experiences outside of the State of

Massachusetts.

14. Dr. Collins came to the Commonwealth of Massachusetts in August 2020 during the pandemic and he encountered some issues (similar to statement #13) with the Massachusetts homeless shelters, 112 Southampton Street Shelter owned and operated by Boston Public Health Commission, and non-profit organization of Pine Street Inn Men's Shelter.

15. Dr. Collins started apartment and room hunting since August 2020, but it was my first encounter that for affordable housing is a five (5) year waiting list for the Boston city limits area, and rooms requiring a co-signer or a credit score of 680 or more. It took Dr. Collins two and half years to get to statement number #16.

16. Dr. Collins situation became serious room and apartment hunting in January 2023. He still had the same issues of co-signer or not having a credit score of 680 or more, but had guaranteed income. Dr. Collins went through SplitSpot's process of obtaining a room at 228 Washington St, Brighton, MA. Dr. Collins went through the process angrily because of stress and it was a cold winter. Dr. Collins talked over the phone with Mr. Piersanti, left voice messages for Mr. Pace and Mr. Beets, texted Mr. Beets, Mr. Pace, and Mr. Piersanti, and emailed Mr. Pace, Mr. Beets, and Mr. Piersanti, to get through the roommate introduction. The communication occurred through January 14-16, 2023 and the roommate approved me. Supporting evidence – Exhibit A

17. SplitSpot approved Dr. Collins to move forward with the process. However, SplitSpot stated the earliest move-in date was January 19, 2023. Supporting evidence – Exhibit A.

18. SplitSpot accepted payment from Dr. Collins of first month's rent of 972.88 on January 16, 2023 coming from Capital One Bank. Supporting evidence – Exhibit A.

19. SplitSpot performed criminal and consumer credit background checks from January 16-19, 2023. Dr. Collins requested a copy of the criminal and consumer credit background check.

20. SplitSpot's Rentable accepted rental deposit of $420.10 on January 16, 2023 coming from Capital One Bank. Supporting evidence – Exhibit A.

21. Millennial Specialty Insurance company accepted payment of $241.00 on January 17, 2023 coming from Capital One Bank. Supporting evidence – Exhibit A.

22. SplitSpot is the very first company Dr. Collins encountered not to have a centralized leasing and key issuance process like traditional property management company. Most of SplitSpot communications is done through email communication and a chance of maybe a phone call from an unknown number.

23. SplitSpot accepted prorated rent payment of $444.01 on January 29, 2023 coming from Capital One Bank. Supporting evidence – Exhibit A.

24. SplitSpot documents and marketing materials stated a leasing person supposed to meet and provide key at 228 Washington St, Brighton, MA at 4:00 PM EST. Prior to the meeting, Dr. Collins asked SplitSpot and the roommates on, "Who would I be meeting at the property?" On

4

January 19, 2023, Dr. Collins arrived at 228 Washington St, Brighton, MA at 4:00 PM EST on a cold afternoon, and looked around no one was there. Dr. Collins knocked on the door and no one answered. Dr. Collins rang doorbell and no one answered. Dr. Collins waited and came close to feeling hypothermia. Dr. Collins texted all parties. This is personal injury number one (#1) and playing on my mental health issues.

25. Mr. Piersanti stated Dr. Collins was supposed to get an email on the location on where to pick up the key. Dr. Collins emailed SplitSpot, and SplitSpot answered that Dr. Collins had to go back to Cambridge, Massachusetts to pick up the key at some convenience store before it closes. This is personal injury number two (#2) creating an inconvenience on a professional relationship.

26. On January 20, 2023, Dr. Collins moves from his storage unit and the homeless shelter into SplitSpot location, 228 Washington St, Brighton, Massachusetts. Prior to moving into the room, SplitSpot property and tenant handsheet / slimmed handbook stated tenants are responsible for the maintenance and upkeep of the location. Dr. Collins meets and talks with Mr. Beets, another roommate.

27. On January 19, 2023, Dr. Collins entering the property at 228 Washington St, Brighton, Massachusetts. United States Postal Service mail and other business marketing materials were piled up at the door and people just walked on it or over it. Dr. Collins with his experience as with #13 statement performed an update and sent the mail back to the United States Postal Service.

28. Beginning January 20, 2023, Dr. Collins brings in food items for the benefit of his child, McKenzie, and him.

29. Upon entry January 19, 2023 to 228 Washington St, Brighton, Massachusetts, Dr. Collins did a full analysis of the property and wondered, "Why is the property so empty, not being updated, and so many different names through the mail?"

30. On Saturday, January 21, 2023 and based on my room needs, Dr. Collins set out on trek to Walmart in Quincy, Massachusetts. Dr. Collins asked through text, "Good morning. Happy Saturday. I am on a Walmart errand. Do you or the house need or want anything?" Mr. Beets politely stated, "No," Mr. Piersanti gave no text response, but over the phone said, "No," Mr. Pace gave no text response or verbal response.

31. On Saturday, January 21, 2023 later that afternoon approximately 4:00 PM, Mr. Piersanti tried to offer stuff that Dr. Collins do not drink or eat, and Mr. Piersanti explicitly did not indicate it was his stuff. Mr. Beets did the same tactic too in offering stuff that Dr. Collins do not drink or eat, and Mr. Beets explicitly did not indicate it was his stuff. Upon some observance and investigation, Dr. Collins saw Mr. Beets and Mr. Piersanti were offering expired foods and drink to harm Dr. Collins. Dr. Collins spoke verbally to Mr. Piersanti and sent this text to the entire group (Mr. Piersanti, Mr. Beets, and Mr. Pace), "As I spoke to Zane and I stock up on food, snacks, and whatever else, please do not hesitate to eat (not everything) if you see something you like, just provide a donation, just ask, or let me know if I have the same reciprocation with your items. I am using the left two large cabinets above and below between the sink and small dining area / trash bin." This is personal injury and inciting physical injury number three (#3)

to Dr. Collins. The only thing Dr. Collins saw Mr. Piersanti eat was soup, ramen noodles and bringing in milk. The only thing Dr. Collins saw Mr. Beets eat was anything he cooked and stored in the refrigerator. Mr. Piersanti explicitly stated do not touch anything stored in the containers and food was left there by other people. Dr. Collins questioned himself, "Why did no one clean the refrigerator?" Dr. Collins warned them not to eat his food or drink. Supporting evidence – Exhibit C.

32. On January 25, 2023, Dr. Collins creates new texting thread with just Mr. Beets and Mr. Piersanti. Dr. Collins still notices missing items from his section of the cabinets he stated with his daughter and his food and drinks. Supporting evidence – Exhibit C.

33. Monday, January 30, 2023, Dr. Collins was not home, but Mr. Pace texted in the group thread that he is finally moved out. Mr. Pace removed some furniture like the television away, but left some very nice, brand new furniture (office desk, television stand with storage, and a sofa futon) behind for the house to use. Dr. Collins does not know if Mr. Pace ate or drank any of Dr. Collins and McKenzie's food and drink items.

34. On February 1, 2023, Dr. Collins started going to the American Red Cross at Boston Food Bank to collect additional food. Dr. Collins kept the items he was going to use and offered the rest to Mr. Beets and Mr. Piersanti. Mr. Beets said, "No." Mr. Piersanti said, "Yes, to the plantains."

35. On February 2, 2023, Dr. Collins and Mr. Piersanti received through the text thread that Mr. Beets spoke to a potential roommate, Ms. Crossman. Ms. Crossman social media gave various names and different looks along with a pet. Mr. Beets was advocating heavily for Ms. Crossman, but Dr. Collins explicitly told the group thread that pet dogs lash out when angry and Dr. Collins have had plenty of traumatic experiences with dogs. Not knowing SplitSpot roommate system, Dr. Collins rejected Ms. Crossman, and emailed Ms. Crossman the reason why, but told her that it is a one out of three votes for the property. Dr. Collins asked Mr. Piersanti if any pets stated on the property and what was his opinion. Mr. Piersanti ruled that it did not matter either way, and he never seen any pets. SplitSpot handbook and online information stated no pets. Dr. Collins also indicated that two mental health people in one house would be very intense. Mr. Beets and Mr. Piersanti again started playing on mental health issues. This is personal injury and inciting physical injury four (#4) to Dr. Collins.

36. Mr. Beets and Mr. Piersanti talk way more than usual than to Dr. Collins, or keeping Dr. Collins in the loop. This is personal injury number five (#5) to Dr. Collins.

37. Dr. Collins has been doing property maintenance, such as cleaning the shared bathroom once a week, sweeping the floors once a week, emptying the trash, providing the house with new air fresheners, and doing the mail.

38. Monday, February 13, 2023, Mr. Piersanti went in my food cabinet, opened Dr. Collins and McKenzie's Honey Nut Cheerios cereal, and ate it right in front of my face. Supporting evidence – Exhibit C.

39. Tuesday, February 14, 2023, Dr. Collins pulled on his experiences from statement #13 and along with the Boston Police's advice to use any type of colorful language along with profanity, but no active shooter content like Citibank situation, and Dr. Collins lambasted Mr. Beets and

Mr. Piersanti for not listening or reciprocating. Mr. Piersanti and Dr. Collins was in a heated text argument battle on his choice of punishment. Dr. Collins again repeated review of statement #1, #11, #12, #13, and #14 inside the email. Mr. Piersanti gave full admission to eating and drinking items that Dr. Collins saw, but did not make any additional admission to anything Dr. Collins did not see.

40. Mr. Beets and Mr. Piersanti stayed away from the house or anytime Dr. Collins was present in the house for full avoidance. This is personal injury and emotional distress number six (#6) to Dr. Collins.

41. SplitSpot got a copy of email and text, and said nothing.

42. Mr. Beets and Mr. Piersanti moved out of 228 Washington St, Brighton, Massachusetts on February 21 and 22, 2023. Dr. Collins accidentally was still home and stay home. Dr. Collins asked, "Why and where they moving out?" Dr. Collins also asked twice, "Did you want to speak about anything?" Mr. Beets and Mr. Piersanti angrily stated, "No." Dr. Collins stated to Mr. Beets and Mr. Piersanti if mail arrives, "Could you please send me your forwarding address?" Mr. Beets and Mr. Piersanti said, "Okay." Dr. Collins did offer to help move items, but Mr. Beets and Mr. Piersanti stated, "We can handle it." Mr. Beets and Mr. Piersanti clean out the house with their items and the items and furniture that did not belong to them. Mr. Beets and Mr. Piersanti only left what Dr. Collins needed or was using, which is the microwave. This is personal injury and inciting emotional distress number seven (#7), and elevate Dr. Collins post-traumatic stress disorder. This type of situation was an exact replica and reminiscent of Dr. Collins divorce from my ex-wife, Yolanda Ann Young-Collins, who cleaned out my/our apartment with her stuff, the children stuff, and Dr. Collins stuff except for what she wanted to keep and have. Supporting evidence – Exhibit C.

43. On February 22, 2023, Dr. Collins notified SplitSpot on an update on the roommates of Mr. Pace, Mr. Piersanti, and Mr. Beets. SplitSpot still says nothing.

44. Later on the evening of February 23, 2023 while Dr. Collins was attending a USATF sanctioned track and field meet at The TRACK at New Balance. Right before Dr. Collins's 60m race, SplitSpot responded and stated that they received the email and did not like the language, or potential behavior presented so Dr. Collins had to leave the property too. SplitSpot summary was one do wrong anywhere, evict everyone despite Dr. Collins signing 12-month lease. This is personal and professional injury, inciting emotional distress number eight (#8), and severely elevated ALL Dr. Collins's mental health issues and concerns in statement #11. SplitSpot did not ask Dr. Collins any questions on what happened to arrive to the email and text. Supporting evidence – Exhibit D.

45. Dr. Collins responded that the decision was not right for Mr. Beets and Mr. Piersanti to thieve and steal, and Dr. Collins got punish for it. Supporting evidence – Exhibit D.

46. After Dr. Collins's 60m race on February 23, 2023, Dr. Collins went into Boston Police precinct and file a police report against SplitSpot and Mr. Piersanti. Boston Police stated that the other folks have to report on their own about their stuff being stolen. Boston Police filed a police report for theft and fraud against SplitSpot and Mr. Piersanti. Boston Police Report #I232014361. Supporting evidence – Exhibit B.

7

47. Prior to SplitSpot, Boston Police Precinct A and Precinct D authorize and gave Dr. Collins permission to self-defense if humans choose not to listen or disobey after fair warnings via written and verbal.

48. Dr. Collins also reported this situation to Capital One Bank and Better Business Bureau.

49. United States Department of Housing and Urban Development are the federal level and overseers of funding, operation, enforcers, and providers of needs or wants to the Commonwealth of Massachusetts, County of Suffolk, and City of Boston. SplitSpot and 226 Washington Nominee Trust are responsible for appropriate payments at the city, county, state, and federal government agencies.

50. United States Department of Housing and Urban Development failed to regulate, such companies as SplitSpot and 226 Washington Nominee Trust, regarding housing.

51. United States Department of Housing and Urban Development did not protect Dr. Collins tenancy from such activities conducted by SplitSpot and 226 Washington Nominee Trust.

52. Per The Attorney General's Guide to Landlord/Tenant Rights Eviction as of August 2015, SplitSpot violated the following laws surrounding:
   A. Eviction (Page 9 and 10)
      1. SplitSpot did not provide a 14-Day or 30-Day Notice to Quit.
      2. SplitSpot failure to properly terminate the tenancy.
      3. SplitSpot failed to correct known conditions.
      4. SplitSpot failed to make reasonable accommodation for a disabled person.
   B. SplitSpot improperly broke the tenancy base on a written lease (Page 4).
   C. SplitSpot committed fraud on the basis to provide a traumatic experience and keep funds according to page 7 and a top of page 8.

53. Per Massachusetts General Laws, SplitSpot and 226 Washington Nominee Trust violated M.G.L. c. 186, § 13 in attempt for recovery of possession after termination of tenancy at will. No proper or formal notice was given. This action happened by circumstance of tenant reaching out to SplitSpot.

54. Per Massachusetts General Laws, SplitSpot and 226 Washington Nominee Trust violated M.G.L. c. 186, § 14 wrongful acts of the landlord. Landlord did not upkeep maintenance on the property except utilities, such as Wi-Fi and electricity.

55. Per Massachusetts General Laws, SplitSpot and 226 Washington Nominee Trust violated M.G.L. c. 186, § 15F with improper ouster of tenant.

56. Per Massachusetts General Laws, SplitSpot and 226 Washington Nominee Trust violated M.G.L. c. 186, § 17 with wrongful termination.

57. Per Massachusetts General Laws, SplitSpot and 226 Washington Nominee Trust violated M.G.L. c. 186, § 19 with notice to landlord of unsafe condition; tort actions for injuries resulting from uncorrected condition.

58. Per Massachusetts General Laws, SplitSpot and 226 Washington Nominee Trust violated M.G.L. c. 186, § 24 wrongful termination of Dr. Collins rental agreement or tenancy because he was victim of domestic violence, rape, sexual assault or stalking.

59. Per Massachusetts General Laws, Mr. Piersanti, Mr. Beets, Mr. Pace, and Ms. Crossman violated M.G.L. c. 186, § 24 for the creation of creating the environment for Dr. Collins wrongful termination of his rental agreement or tenancy because he was victim of domestic violence, rape, sexual assault or stalking.

60. Per Massachusetts General Laws, SplitSpot and 226 Washington Nominee Trust violated M.G.L. c. 186, § 26 by not giving Dr. Collins a chance to explain the nature of the email, and how to make the environment.

61. Per Massachusetts General Laws, Mr. Piersanti, Mr. Beets, and Mr. Pace committed M.G.L. c. 266, § 30 larceny and M.G.L. c. 266, § 59 simple larceny and Dr. Collins made SplitSpot aware of the activity. SplitSpot stuck with their decision for everyone, including Dr. Collins, to vacate the premises of 228 Washington St, Brighton, Massachusetts USA.

62. Per Massachusetts General Laws, Mr. Pace, Mr. Beets, and Mr. Piersanti violated M.G.L. c. 266, § 20 stealing in a building thus creating Dr. Collins repeated trauma.

63. Per Massachusetts General Laws, SplitSpot and 226 Washington Nominee Trust is performing M.G.L. c. 266, § 30D organized retail crime and aggravated organized retail crime. Dr. Collins has yet to have physically seen or verbally hear from a SplitSpot employee or 226 Washington Nominee Trust with all the communication shared.

64. Per Massachusetts General Laws, SplitSpot and 226 Washington Nominee Trust violated M.G.L. c. 266, § 31 obtaining my signature, but did no leasing officer signed the lease agreement.

65. Per Massachusetts General Laws, SplitSpot, 226 Washington Nominee Trust, Mr. Pace, Mr. Piersanti, and Mr. Beets are M.G.L. c. 266, § 40 common and notorious thieves.

66. Per Massachusetts General Laws, Ms. Crossman showed dog, but violated M.G.L. c. 266, § 47 wrongful removal of collar.

67. Per Massachusetts General Laws, SplitSpot and 226 Washington Nominee Trust does not have 228 Washington St as a registered address in any government system or Corporate America system, thus violating M.G.L. c. 266, § 87 larceny of leased or rented property.

68. Per United States Code, SplitSpot and 226 Washington Nominee Trust allowed under the United States Housing and Urban Development authority to violate 18 U.S.C. 31 § 641 embezzlement and theft of consumer monies using the American dollar currency system from Dr. Collins.

69. Per United States Code, Mr. Beets, Mr. Piersanti, and Mr. Pace violated 18 U.S.C. 103 § 2112 robbery and burglary of Dr. Collins personal property of United States. The food and drinks were bought with public funds for Dr. Collins and child.

70. Per United States Code, Mr. Beets and Mr. Piersanti violated 21 U.S.C. 21 § 2101 food safety on offering Dr. Collins contaminated and expired foods and drinks.

Dated: February 27, 2023

Manley M. Collins, Plaintiff in Pro Se

***Contact only through attorneys and courts***

10

# REQUEST FOR DAMAGES

*For Each Defendant,*

Mr. Collins, the Plaintiff, is requesting $2,000,000.07 from each defendant, for all punitive damages, emotional distress, continued reliving domestic violence and sexual assaults, invoking his post-traumatic stress disorder (PTSD), schizophrenia, bipolar disorder, obsessive compulsive disorder (OCD), anxiety, and depression, bodily harm, psychological fear, discrimination due to EEOC and MCAD standards, and the cost of inconvenience to be paid through the Commonwealth of Massachusetts court system  This amount should cover the cost of overall value of trauma, court costs, fees, attorney fees, and miscellaneous issues.

Mr. Collins, the Plaintiff, is requesting positive commendation or recommendation, and a genuine and sincere apology from SplitSpot, 226 Washington Trust Nominee Fred Starikov, and each individual defendant.

Dated:  February 27, 2023

By Manley M. Collins
Plaintiff in Pro Se

J.

Printed Name _____

## REQUEST FOR SCHEDULING ORDER

Mr. Collins, the Plaintiff, is requesting a scheduling order from initial case to pre-trial scheduled hearing.

Dated: February 27, 2023

By Manley M. Collins
Plaintiff in Pro Se

J. _____

Printed Name _____

12

## ADMITTANCE INTO EVIDENCE – EXHIBIT A

Plaintiff is entering Exhibit A into evidence. Exhibit A is excerpt of lease agreement.

Dated: February 27, 2023

By Manley M. Collins
Plaintiff in Pro Se

J. _____

Printed Name _____

13

**Thank you again for choosing SplitSpot. The full lease agreement follows below.**

# LEASE AGREEMENT

This Lease Agreement (this "Agreement") is made this **January 16, 2023**, by and among SplitSpot, Inc. (collectively, "Lessor") and **Manley Collins**, (collectively, "Tenant"). The Cosigner or co-tenant (such as in the case of a couple) on this lease is jointly and severally liable to the Lessor for payment of rent and performance in accordance with all each and every term, condition, obligation of this Agreement, regardless of any agreement made between any other occupant of the leased premises or method of payment to the Lessor. Manley Collins and other roommates (co-occupants) of the apartment, are jointly and severally liable for the monthly premises rent, which is $4,430.00, provided, however, that Lessor will not seek to hold any individual Tenant liable for more than such Tenant's Allocable Portion for any month or portion of a month in which that Tenant has legal occupancy of the Premises, subject to the exceptions that are stated below.

Each Lessor and Tenant may be referred to individually as "Party" and collectively as "Parties".

1 **Premises.** The Premises leased is an apartment with **4 bedrooms and 1.0 bathroom** located at **228 Washington Street, Boston, MA 02135** (the "Premises"). Use of common spaces is included in the lease. Parking is not included with the Premises. The tenant listed at the beginning of this lease is co-occupying the Premises with other roommates, listed on **Exhibit 1 below**.

By signing this lease, Tenant acknowledges that Tenant has approved co-occupying the Premises with the below named tenants, as roommates sharing an entire apartment. This lease and roommate agreement is formed by all parties. All tenants form a common household within the suite. Tenant also acknowledges that the roommates within the unit are subject to change, and that a change in a roommate does not change the agreement between Tenant and Lessor. Tenant also acknowledges that Lessor is not responsible nor liable for the actions taken by the roommates within the unit, and that Tenant has conducted all reasonable diligence in determining if the roommates within the unit are suitable co-occupants. The tenant listed at the beginning of this lease is expected to occupy **Room C.**

14



## Tenant Portal

| Dashboard | Leases | Roommate Intros | Utility Bills | Profile |

## My Leases

### 228 Washington Street
Room C - Lease #4681

**Start Date**
January 19, 2023

**Total Rent**
$980.00

**Notice**
3 months

**Upfront Payment**
First Month

---

**QUICK LINKS**

Tenant Portal

Why SplitSpot

Browse
Rooms

Careers

**OTHER LINKS**

Reviews

Tenant FAQ

For Property Owners

Terms of Use

Privacy Policy

**CONTACT US**

🏠 Proudly built in Boston!

Text us:
📞 Sales: (617) 207-8563
📞 Support: (617) 500-8661

✉ info@splitspot.com

f  ♪  📷

in

15

**TENANTS: PLEASE REMEMBER TO OBTAIN A SIGNED COPY OF THIS LEASE.**

| | | |
|---|---|---|
| Company Representative<br>Signature | **Ernesto Gaxha**<br>Company Representative<br>Full Name | **01/16/2023**<br>Date |

| | | |
|---|---|---|
| **Tenant** Signature | **Manley Collins**<br>**Tenant** Full Name | **01/16/2023**<br>Date |

| | | |
|---|---|---|
| **Co-Signer** Signature | **Co-Signer** Full Name | **Date** |

Jan
29

**BLD**
**SPLITSPOT**
Purchase

-$444.01

| **Transaction Type:** | Debit card purchase |
|---|---|
| **Purchased:** | Sun, Jan 29, 2023 8:24 PM |
| **Posted:** | Sun, Jan 29, 2023 |

Appears on statement as: *Debit Card Purchase - BLD SPLITSPOT 6172077676 MA*

⚐ Report a Problem

Jan
18

**BLD**
**SPLITSPOT**
Purchase

-$972.88

| **Transaction Type:** | Debit card purchase |
|---|---|
| **Purchased:** | Wed, Jan 18, 2023 8:24 PM |
| **Posted:** | Wed, Jan 18, 2023 |

Appears on statement as: *Debit Card Purchase - BLD SPLITSPOT 6172077676 MA*

⚐ Report a Problem

| Jan | MSI | |
|-----|-----|---|
| 17  | INSURANCE | -$241.00 |
|     | Purchase | |

**Transaction Type:** Debit card purchase
**Purchased:** Tue, Jan 17, 2023 8:23 PM
**Posted:** Tue, Jan 17, 2023

**Appears on statement as:** *Debit Card Purchase - MSI INSURANCE 8447880873 TX*

⚑ Report a Problem

# Rentable Payment for 228 Washington Street, C     Inbox x

noreply@rentable.com                                    ✉ Mon, Jan 16, 5:43 PM

to me ▾

Hi Manley Collins

You have successfully made a payment for the address 228 Washington Street, C, Boston, 02135.

This payment will take 2-3 business days to process.

Here are the details:

**Security Deposit:** $ 400.00
**Platform fee:** $ 20.80
**Total Amount:** $ 420.80
**Payment Date:** 01/16/2023

Attached is a copy of the deposit receipt.

Thank you!

 Rentable™

If you have any questions or concerns, please reach out to us at support@Rentable.com.
For more information on our platform, visit Rentable.com.

## ADMITTANCE INTO EVIDENCE – EXHIBIT B

Plaintiff is entering Exhibit B into evidence.  Exhibit B is the Boston Police report filed by Plaintiff.

Dated:  February 27, 2023

By Manley M. Collins
Plaintiff in Pro Se

J. _____

Printed Name _____

18



**B O S T O N   D E P A R T M E N T**

Boston Police District D-14
301 Washington Street
Boston, MA 02135

To obtain a copy of your police report please contact the following email address:

Para obtener una copia de su informe policial, comuníquese con la siguiente dirección de correo electrónico.

Para obter uma cópia do seu relatório policial, entre em contato com o seguinte endereço de e-mail.

## policereport@pd.boston.gov

Report #   I   2   3   2   0   1   4   3   6   1

Or you may obtain a hard copy in person at

O puede obtener una copia impresa en persona en

Ou você pode obter uma cópia impressa pessoalmente em

BOSTON POLICE HEADQUATERS

ONE SCHROEDER PLAZA

ROXBURY CROSSING, MA 02120

District D-14: 617-343-4260
Auto Investigator: 617-343-4257
District D-14 Detectives: 617-343-4256

Community Service Office: 617-343-4376
D-14 Drug Unit: 617-343-4986
D-14 Property/Evidence: 617-343-9652

## ADMITTANCE INTO EVIDENCE – EXHIBIT C

Plaintiff is entering Exhibit C into evidence.  Exhibit C is mobile phone text of warning before email.

Dated:  February 27, 2023

By Manley M. Collins
Plaintiff in Pro Se

_____
J.

Printed Name _____

11:44   🔋 ◯ ▯ •       ⊙ 📶 *5G* ⏸ 82% ▭

<    🔖 **Mass text** 3 ∨     ⋮

Saturday, January 21

> Good morning. Happy Saturday. I am on a Walmart errand. Do you or the house need or want anything?

MMS
9:27 AM

Dakota Beets

**I'm all good but I appreciate it!**   MMS
9:52 AM

> As I spoke to Zane and I stock up on food, snacks, and whatever else, please do not hesitate to eat (not everything) if you see something you like, just provide a donation, just ask, or let me know if I have the same reciprocation with your items. I am using the left two large cabinets above and bel
>
> **View all**        >

MMS
4:00 PM

Wednesday, January 25

> Good afternoon, I had to clean the drawers and area of refrigerator. Please eat the food or drink your items bought for consumption. My apologies for

🖼 📷 ＋ | 🙂 〰

  



21

11:44   🖼 🔇 ○ ∘     ⊙ 📱 *5G* ⚟ 82%▪

<    🐱 **Mass text** 3 ⌄     ⋮



bel

MMS
4:00 PM   **View all**    ❯

Wednesday, January 25

Good afternoon, I had to clean the drawers and area of refrigerator. Please eat the food or drink your items bought for consumption. My apologies for discarding ready-to-eat, expired, shriveled, and moldy food bought in April or June 2022. I am cleaning out the areas I will be actively using. If the

MMS
2:08 PM   **View all**    ❯

Monday, January 30

Tommy Pace

Hey guys, I was thinking about you guys mentioning furnishing the living room as I was moving out earlier today. So I left a futon, tv stand, a desk and gaming chair behind. You can have it for the living room!

MMS
6:32 PM   

🖼    📷    +    |      ☺   ∿

|||      ○      <

44







## ADMITTANCE INTO EVIDENCE – EXHIBIT D

Plaintiff is entering Exhibit D into evidence. Exhibit D is email and text of warning that SplitSpot made the decision.

Dated: February 27, 2023

By Manley M. Collins
Plaintiff in Pro Se

J. _____

Printed Name _____

26

Your request (58740) has been updated. To add additional comments, reply to this email.

**Ilse Polanco (SplitSpot)**

Dear Manley,

We hope this emails finds you well. We need to talk about your tenancy. Due to the recent email you sent to your former roommates, they became concerned about their safety. They have already moved out of the property for their safety, and we are now asking you to move out as well. We understand that you may have some concerns, but the behavior and language you used in your email is unacceptable.

Additionally, we would like to bring to your attention that your behavior has violated the lease agreement: *13 Section 4. Making or will make the Premises or the building less fit to live in for other occupants of the building or tenants. If Tenant creates an environment that makes it unreasonably difficult for a roommate to live in the premises, and thus causes the roommate to leave the unit, SplitSpot reserves the right to enforce the Joint and Several liability clause above, and charge the existing Tenants and co-occupants the entirety of the rent, inclusive of the vacant room(s).*

We would like to discuss a potential agreement for you to leave the property as soon as possible. As an incentive, we are offering you a $1,000 credit on your SplitSpot ledger if you are able to leave within the next two weeks. However, if you choose not to accept this offer and remain in the property, we will need to give you notice to vacate the property by March 31st, 2023 and enforce the Joint and Several liability clause mentioned above, charging you for the entirety of the rent, inclusive of the vacant rooms.

We would like to discuss a timeline for you to move out as soon as possible. We would also like to remind you that we are willing to take appropriate legal action if necessary. However, we would prefer to resolve this issue peacefully and without involving the authorities.

Please let us know when you will be able to move out, and we will work with you to ensure a smooth transition. Thank you for your understanding.

Best,


SplitSpot Team

## REQUEST FOR FULL JURY SERVICE

Plaintiff is requesting a full jury service. Full Jury Service will make processes efficient in case the civil suit goes directly to a full trial.

Dated:  February 27, 2023

By Manley M. Collins
Plaintiff in Pro Se

J. _____

Printed Name _____

28

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of February in 2023, a true and correct copy of

1. Complaint
2. Evidence
3. Addendums
4. Request for Relief
5. Request for Scheduling Order
6. Request for Full Jury Service
7. Certificate of Service

was served by first class priority mail, postage paid to the following:

SplitSpot Inc.                                    and          Ernesto Gaxha
50 Milk Street                                                 SplitSpot
16th Floor                                                     49 Paulina Street
Boston, MA 02110 USA                                           Apartment 1
info@splitspot.com                                             Somerville, MA 02144 USA
(617) 500-8661

                                                               Millennial Specialty Insurance LLC
SplitSpot Inc.                                                 8821 Davis Blvd
4 Liberty Square                                  and          Suite 500
Boston, MA 02109 USA                                           Keller, TX 76248 USA
(617) 333-8943                                                 (844) 788-0873
Support@splitspot.com                                          contactus@msimga.com

Zane Steven Piersanti                             and          Dakota Beets
228 Washington St                                              228 Washington St
Brighton, MA 02135 USA                                         Brighton, MA 02135 USA
(860) 916-7989                                                 (843) 505-1790
piersanz@bc.edu                                                Dakota.beets@gmail.com

Tommy Pace                                                     Gilliam Rose Crossman
228 Washington St                                              228 Washington St
Brighton, MA 02135 USA                            and          Brighton, MA 02315 USA
(857) 389-2689                                                 (978) 290-8078
tommy.pace@bostoncityproperties.com                            gcrossman17@gmail.com

Nathaniel R. Mendell                                           Michael L. Fitzgerald
Acting United States Attorney                                  Assistant United States Attorney
United States Attorney's Office for USHHS and                  United States Attorney's Office for USHHS
1 Courthouse Way, Suite 9200                                   1 Courthouse Way, Suite 9200
Boston, MA 02210 USA                                           Boston, MA 02210 USA
                                                               (617) 748-3266
                                                               Michael.fitzgerald2@usdoj.gov

Date:  February 27, 2023

Respectfully submitted,

Manley M. Collins
198 Tremont St, Suite 335
Boston, MA 02116 USA
(617) 955-0689 (phone)
manleycollins@gmail.com
*Plaintiff Pro Se*