# 23H84CV000112 Collins, Manley M v. Splitspot Inc et al

- Case Type:
- Housing Court Civil
- Case Status:
- Active
- File Date
- 02/27/2023
- DCM Track:
- Civil "A" Average Track
- Initiating Action:
- Efiled Civil Complaint
- Status Date:
- 02/27/2023
- Case Judge:
-
- Next Event:
-

**All Information** | **Party** | **Docket** | **Disposition**

## Party Information

**Collins, Manley M**
- Plaintiff

Alias

Party Attorney
- Attorney
- Pro Se
- Bar Code
- PROPER
- Address
- Phone Number

More Party Information

**Splitspot Inc**
- Defendant

Alias | Party Attorney

More Party Information

**226 Washington Nominee Trust**
- Defendant

Alias | Party Attorney

More Party Information

**United States Department Of Housing And Urban Development**
- Defendant

Alias | Party Attorney

More Party Information

**Millennial Specialty Insurance Llc**
- Defendant

Alias | Party Attorney

More Party Information

**Piersanti, Zane Steven**
- Defendant

Alias | Party Attorney

More Party Information

**Beets, Dakota**
- Defendant

Alias | Party Attorney

More Party Information

**EXHIBIT B**

**Pace, Tommy**
- Defendant

| Alias | Party Attorney |
|---|---|

More Party Information

**Crossman, Gilliam Rose**
- Defendant

| Alias | Party Attorney |
|---|---|

More Party Information

## Docket Information

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 02/27/2023 | Civil Filing Fee due. Receipt: 107107 Date: 02/27/2023 | | |
| 02/27/2023 | SURCHARGE 185C:Entry of Action filed (Section 466 - M.G.L. c. 185C, §19) SURCHARGE Receipt: 107107 Date: 02/27/2023 | | |
| 02/27/2023 | Efiled Civil Complaint | 1 | Image |
| 02/28/2023 | Tracking Order,Track A DCM Track Civil "A" Average Track was added on 02/28/2023 | 2 | Image |

## Case Disposition

| Disposition | Date |
|---|---|
| Pending | |