# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MANLEY M. COLLINS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) Case No. 1:23-cv-10601-AK |
| SPLITSPOT, INC., et al. | ) ) |
| Defendants. | ) |

## UNCONTESTED MOTION FOR EXTENSION OF TIME FOR DEFENDANT MILLENNIAL SPECIALTY INSURANCE, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b) Defendant Millennial Specialty Insurance, LLC ("MSI") files the following Motion for Extension of Time to Response to Plaintiff's Complaint. In support therefore, MSI states as follows:

## CONFERRAL

Counsel for MSI emailed Plaintiff requesting this extension. Plaintiff has responded indicating his consent to the 21-day extension requested.

## ARGUMENT

1. On February 27, 2023, Plaintiff commenced this action by filing his Complaint.

2. On March 30, 2023, Defendant MSI was served with the Summons and Complaint.

3. On April 10, 2023, the U.S. Department of Housing and Urban Development removed this matter to this Court.

4. Accordingly, MSI's response to the Complaint is due April 21, 2023.

5. While MSI is identified in the caption and is identified as a party in paragraph 4 of the Complaint, there are no claims asserted against it. Further, in paragraph 4 of the Complaint it

states that MSI is a rental insurance company.  That is not correct.  MSI is an insurance agency that sells insurance policies.  It is not an insurance company and it does not issue insurance policies.

6.	MSI needs time to further review the complaint and attempt to confer with Plaintiff about whether it is a proper party to this lawsuit.

7.	No deadlines have been set in this case and no prejudice will result from the requested extension.

WHEREFORE, Defendant respectfully requests that the Court extend the deadline for it to file an answer or otherwise respond to Plaintiff's Complaint from April 21, 2023 until May 12, 2023.

Dated April 21, 2023.

        POLSINELLI PC

        */s/ Jordan C. Lee*
        Jordan C. Lee, Mass. Bar No. 708574
        jclee@polsinelli.com
        2049 Century Park East, Suite 2900
        Los Angeles, CA 90067
        Phone: (310) 556-1801
        Fax: (310) 556-1802

        ATTORNEYS FOR DEFENDANT MILLENNIAL SPECIALTY INSURANCE, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2023, I caused the foregoing to be served via email and U.S. Mail, postage prepaid, addressed to the following:

| | |
|---|---|
| Manley M. Collins<br>198 Tremont Street, Suite 335<br>Boston, MA 02116<br>manleycollins@gmail.com | Rachael S. Rollins<br>Assistant U.S. Attorney<br>United States Attorney's Office<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>Erin.E.Brizius2@usdoj.gov |
| SplitSpot Inc.<br>49 Paulina Street, Apt 1<br>Somerville, MA 02144 | 226 Washington Street Nominee Trust<br>Fred Starikov Trustee<br>320 Washington Street<br>Brookline, MA 02445 |
| Zane Steven Piersanti<br>228 Washington Street<br>Brighton, MA 02135 | Dakota Beets<br>228 Washington Street<br>Brighton, MA 02135 |
| Tommy Pace<br>228 Washington Street<br>Brighton, MA 02135 | Gilliam Rose Crossman<br>228 Washington Street<br>Brighton, MA 02135 |

*/s/ Martha A. Hammond*
Martha A. Hammond
*Legal Administrative Assistant*