UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MANLEY M. COLLINS )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>SPLITSPOT, INC., et al., )<br>)<br>    Defendants )<br>) | Civil Action No. 1:23-cv-10601-AK |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:
    Rachel Zoob-Hill enters her appearance on behalf of the Defendant Splitspot, Inc.

    Respectfully submitted,

    */s/ Rachel Zoob-Hill*
    Rachel Zoob-Hill, BBO # 677066
    Goldman & Pease LLC
    160 Gould Street, Suite 320
    Needham, MA 02494
    (781) 292-1080
    smiller@goldmanpease.com

Dated: June 9, 2023

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (and paper copies will be sent to those indicated below) on June 9, 2023.

Manley M Collins
198 Tremont Street
Suite 335
Boston, MA 02116

Zane Steven Piersanti
228 Washington Street
Brighton, MA 02135

Dakota Beets
228 Washington Street
Brighton, MA 02135

Tommy Pace
228 Washington Street
Brighton, MA 02135

Gilliam Rose Crossman
228 Washington Street
Brighton, MA 02135

226 Washington Street Nominee Trust
Fred Starikov Trustee
320 Washington Street
Brookline, MA 02445

                                                             */s/ Rachel Zoob-Hill*
                                                             Rachel Zoob-Hill