UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MANLEY M. COLLINS,<br><br>             Plaintiff,<br>v.<br><br>SPLITSPOT, INC., et al.,<br><br>             Defendants. | Civil Action No. 1:23-cv-10601-AK |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Notice is hereby given that Assistant United States Attorney Erin E. Brizius withdraws her appearance as counsel for the Department of Housing and Urban Development in the above-captioned matter. Assistant United States Attorney Rayford A. Farquhar will continue as counsel for the government.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

Dated: June 13, 2023     By:   */s/ Erin E. Brizius*
ERIN E. BRIZIUS
Assistant U.S. Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA  02210
Erin.E.Brizius2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I, Erin E. Brizius, Assistant United States Attorney, do hereby certify that this document, was filed on the above date through the ECF system which sends copies electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on this date:

Manley M. Collins,
198 Tremont St.
Suite 335
Boston, MA 02116

*/s/ Erin E. Brizius*
ERIN E. BRIZIUS
Assistant U.S. Attorney