UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Manley M. Collins

Plaintiff

v. Civil Action No. 1:23-10601-RGS

SplitSpot, Inc., et al.

Defendants

ORDER OF REMAND

August 22, 2023

A. KELLEY, D.J.

In accordance with the Court's Electronic Order [Dkt. # 53] entered on August 22, 2023, it is ORDERED that the above-entitled action be, and hereby is, REMANDED to the Massachusetts Trial Court, Eastern Division of the Housing Court.

By the Court,

/s/ Arnold Pacho
Deputy Clerk